Anoush Hakimi (SBN 228858)
anoush@handslawgroup.com
Peter Shahriari (SBN 237074)
peter@handslawgroup.com
Ani Avetisyan (SBN 266679)
ani@handslawgroup.com
Laura Steven (SBN 332168)
laura@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
1800 Vine Street
Los Angeles, CA 90028
Telephone: (888) 635-2250
Facsimile: (213) 402-2170

Attorneys for Plaintiff,
**JAMES SHAYLER**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Shayler,<br><br>    Plaintiff,<br><br>    v.<br><br>Ehab S. Yacoub, an Individual; Lorine A. Mikhaeil, an Individual; and Does 1-10,<br><br>    Defendants. | Case No.: 2:20-cv-01882-RAO<br><br>Hon. Rozella A. Oliver<br><br>**DECLARATION OF THOMAS E. MCCLOY, M.D. ISO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: April 14, 2021<br>Time: 10:00 a.m.<br>Courtroom: 590 |

## DECLARATION OF THOMAS E. MCCLOY, M.D.

I, Thomas E. McCloy, M.D., declare as follows:

1. I am Plaintiff James Shayler's primary care physician. I have been a licensed physician in the State of California since 1963. I practice internal medicine at ProHealth Partners in Long Beach, California. Based upon my own experience and knowledge, I can competently testify to the following:

2. I have been treating Mr. Shayler since January 15, 2020.

3. Mr. Shayler has a pinched nerve in his spine. He also has multiple levels of diffuse disc bulges in his spine.

4. Mr. Shayler has sciatica. He experiences pain in his lower spine and right leg.

5. Mr. Shayler had knee replacement surgeries on both knees.

6. Mr. Shayler has difficulty walking and standing for longer than fifteen (15) minutes. Sometimes his pain is so severe that he cannot be mobile, i.e., he cannot walk around at all.

7. During his visits to my office, I have observed Mr. Shayler use a cane and walker to assist him with ambulation.

8. Mr. Shayler has very limited use of his left arm and hand as a result of an injury on the job as a firefighter years ago.

9. Mr. Shayler was also in a car accident recently, which caused his back condition to worsen.

10. I have reviewed the record of the February 11, 2020 evaluation of Mr. Shayler by Charles E. Ananian, D.P.M., attached hereto as Exhibit 1.

11. Dr. Ananian's evaluation is consistent with my impressions of Mr. Shayler's conditions based on my interactions with and observations of Mr. Shayler.

I declare under the penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated: March 9, 2021

_____
Thomas E. McCloy, M.D.

3
DECLARATION OF THOMAS E. MCCLOY, M.D.

# EXHIBIT 1

## LUMBAR SPINE MEDICAL SOURCE STATEMENT

From: BEVERLY HOSPITAL

Re: JAMES Shayler (Name of Patient)

_____ (Social Security No.)

Please answer the following questions concerning your patient's impairments. *Attach relevant treatment notes, radiologist reports, laboratory and test results as appropriate.*

1. Frequency and length of contact: 0 days
2. Diagnoses: multiple levels of Diffused Disc Bulge with impingement of the L5 Nerve Root.
3. Prognosis: _____
4. Identify the *clinical findings*, laboratory and test results that show your patient's medical impairments:

   MRI

5. Have your patient's impairments lasted or can they be expected to last at least twelve months?   ☒ Yes   ☐ No

6. Identify all of your patient's *symptoms*, including pain, insomnia, fatigue, etc.:

   unable to stand or walk over 15 minutes pain at 10 level.

7. If your patient has pain:

   a. Characterize the nature, location, radiation, frequency, precipitating factors, and severity of your patient's pain:

   pain runs down Right leg, and lower spine.

   b. Does your patient have neuro-anotomic distribution of pain?
   ☐ Yes   ☒ No

From Social Security Disability Practice by Thomas E. Bush, copyright James Publishing. Used with permission.
For information 800-440-4780 or www.JamesPublishing.com.

5

c. Identify any positive objective signs:

☐ Reduced range of motion: Description _____

☑ Positive supine straight leg raising test:    ☐ Swelling
   Left at  15 ° Right at  10 °                ☑ Muscle spasm
☑ Positive seated straight leg raising test    ☐ Motor loss
☐ Abnormal gait                                 ☐ Muscle atrophy
☑ Sensory loss                                  ☑ Muscle weakness
☐ Reflex loss                                   ☐ Impaired appetite
☑ Tenderness                                    ☐ Weight change
☐ Crepitus                                      ☐ Impaired sleep

Other signs: _____

8. Do emotional factors contribute to the severity of your patient's symptoms and functional limitations?   ☐ Yes    ☑ No

9. Identify the side effects of any medication that may have implications for working, e.g., ⓓizziness, drowsiness, stomach upset, etc.:

_____
_____

10. As a result of your patient's impairments, estimate your patient's functional limitations if your patient were placed in a *competitive work situation*:

   a. How many city blocks can your patient walk without rest or severe pain?  no walking

   b. Please circle the hours and/or minutes that your patient can sit *at one time*, e.g., before needing to get up, etc.

      **Sit:**    0  5  10  15  20 (30) 45         1  2  More than 2
                       Minutes                           Hours

   c. Please circle the hours and/or minutes that your patient can stand *at one time*, e.g., before needing to sit down, walk around, etc.

      **Stand:**  0  5  10 (15) 20  30  45         1  2  More than 2
                       Minutes                           Hours

   d. Please indicate how long your patient can sit and stand/walk *total in an 8-hour working day* (with normal breaks):

      Sit     Stand/walk
      ☑      ☑         less than 2 hours
      ☐      ☐         about 2 hours
      ☐      ☐         about 4 hours
      ☐      ☐         at least 6 hours

   e. Does your patient need a job that permits shifting positions *at will* from sitting, standing or walking?    ☑ Yes    ☐ No

3

f. Does your patient need to include periods of walking around during an 8-hour working day? ☒ Yes ☐ No

   If yes, how *often* must your patient walk?       How *long* must your patient walk each time?
   1  5  ⑩  15  20  30  45  60  90                    1  2  3  4 ⑤ 6  7  8  9  10  11  12  13  14  15
              Minutes                                                       Minutes

g. Will your patient sometimes need to take unscheduled breaks during a working day? ☒ Yes ☐ No

   If yes, 1) how *often* do you think this will happen?    5 times per day

   2) how *long* (on average) will your patient have to rest before returning to work?   15 mins

h. With prolonged sitting, should your patient's leg(s) be elevated? ☒ Yes ☐ No

   If yes, 1) how *high* should the leg(s) be elevated?   _____

   2) if your patient had a sedentary job, *what percentage of time* during an 8-hour working day should the leg(s) be elevated?   60 %

i. While engaging in occasional standing/walking, must your patient use a cane or other assistive device? ☒ Yes ☐ No

*For this and other questions on this form, "rarely" means 1% to 5% of an 8-hour working day; "occasionally" means 6% to 33% of an 8-hour working day; "frequently" means 34% to 66% of an 8-hour working day.*

j. How many pounds can your patient lift and carry in a competitive work situation?

|                  | Never | Rarely | Occasionally | Frequently |
|------------------|-------|--------|--------------|------------|
| Less than 10 lbs.|       | ☒      | ☐            | ☐          |
| 10 lbs.          | ☒     | ☐      | ☐            | ☐          |
| 20 lbs.          | ☒     | ☐      | ☐            | ☐          |
| 50 lbs.          | ☒     | ☐      | ☐            | ☐          |

k. How often can your patient perform the following activities?

|               | Never | Rarely | Occasionally | Frequently |
|---------------|-------|--------|--------------|------------|
| Twist         | ☒     | ☐      | ☐            | ☐          |
| Stoop (bend)  | ☒     | ☐      | ☐            | ☐          |
| Crouch/squat  | ☒     | ☐      | ☐            | ☐          |
| Climb ladders | ☒     | ☐      | ☐            | ☐          |
| Climb stairs  | ☒     | ☐      | ☐            | ☐          |

l. If your patient has significant limitations with reaching, handling or fingering, please indicate the percentage of time during an 8-hour working day that your patient can use hands/fingers/arms for the following activities:

|        | HANDS: Grasp, Turn Twist Objects | FINGERS: Fine Manipulations | ARMS: Reaching In Front of Body | ARMS: Reaching Overhead |
|--------|----------------------------------|-----------------------------|---------------------------------|-------------------------|
| **Right:** | %                                | %                           | %                               | %                       |
| **Left:**  | %                                | %                           | %                               | %                       |

4

m. How much is your patient likely to be "*off task*"? That is, what percentage of a typical workday would your patient's symptoms likely be severe enough to interfere with *attention and concentration* needed to perform even simple work tasks?

☐ 0%   ☐ 5%   ☐ 10%   ☐ 15%   ☐ 20%   ☑ 25% or more

n. To what degree can your patient tolerate work stress?

☑ Incapable of even "low stress" work      ☐ Capable of low stress work
☐ Capable of moderate stress - normal work   ☐ Capable of high stress work

Please explain the reasons for your conclusion: _____

o. Are your patient's impairments likely to produce "good days" and "bad days"?   ☑ Yes   ☐ No

If yes, assuming you patient was trying to work full time, please estimate, on the average, how many days per month your patient is likely to be absent from work as a result of the impairments or treatment:

☑ Never                          ☐ About three days per month
☐ About one day per month        ☐ About four days per month
☐ About two days per month       ☐ More than four days per month

11. Are your patient's impairments (physical impairments plus any emotional impairments) *reasonably consistent* with the symptoms and functional limitations described in this evaluation?   ☑ Yes   ☐ No

If no, please explain: _____

12. Please add an additional page to describe any other limitations (such as psychological limitations, limited vision, difficulty hearing, need to avoid temperature extremes, wetness, humidity, noise, dust, fumes, gases or hazards, etc.) that would affect your patient's ability to work at a regular job on a sustained basis.

2/11/2020
Date

Signature _____
BEVERLY HOSPITAL

Printed/Typed Name: Charles E. Ananian, D.P.M.

Address: _____

7-35
11/09
§231.2