Kevin M. Badkoubehi, Esq. (SBN 172851)
KMB Law Group
5850 Canoga Avenue, Suite 301
Woodland Hills, California 91367
Tel: (310) 598-8448
Fax: (310) 598-8486

Attorney for Defendants Ehab S. Yacoub and Lorina A. Mikhaeil

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SHAYLER,<br><br>　　　　　　　　Plaintiff,<br><br>　　　-vs-<br><br>EHAB S. YACOUB, AN INDIVIDUAL; LORINE A. MIKHAEIL ; AND DOES 1 THROUGH 10, INCLUSIVE<br><br>　　　　　　　　Defendants. | Case No. 2:20-CV-01882 RAO<br><br>[Assigned for all purposes to the Honorable Rozella A. Oliver]<br><br>(ROA 81)<br><br>ORDER TO SHOW CAUSE (VACATE JUDGMENT/ORDER)<br><br>[CIVIL RULE 60] |

**IT IS ORDERED**

　　　James Shayler shall appear personally before the court and show cause, if any, why the order dated August 31, 2021 should not be vacated as required in the attached Motion for Order to Show Cause Regarding Vacating the Judgment/Order.

　　　A Hearing shall occur on

Date: _____　　Time: _____ a.m./p.m.

Place _____　　Room: _____

Courthouse: _____

　　　　　　_____

　　　　　　_____

1 | **FAILURE TO APPEAR IN PERSON AND DEFEND MAY RESULT IN AN**
2 | **ORDER BEING ENTERED BY THE COURT WHICH GRANTS THE**
3 | **RELIEF REQUESTED IN THE ACCOMPANYING MOTION WITHOUT**
4 | **FURTHER NOTICE TO YOU.**
5 |
6 | Dated: _____   _____
7 |                                Honorable Rozella A. Oliver
8 |
9 | Presented by:
10 |
11 | _____
12 | Kevin M. Badkoubehi, Esq.

# PROOF OF SERVICE

I, Kevin M. Badkoubehi:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within entitled action. My business address is 5850 Canoga Avenue, Suite 301 Woodland Hills, CA 91367

On September 9, 2021, I served a copy of the within document(s):

ORDER TO SHOW CAUSE VACATION OF JUDGMENT ORDER

| | |
|---|---|
| ☐ | **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Los Angeles, California addressed as set forth below. |
| ☒ | **BY E-SERVICE:** by transmitting via **E-Filed by One Legal** the document(s) listed above to the following person(s) as designated on the Transaction Receipt located on the One Legal website. |
| ☒ | **BY ELECTRONIC SERVICE:** by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below. |

**Attorneys for Plaintiff**
Anoosh Hakimi
Peter Shahryar
H&S Law Group, PLC
1800 Vine Street, Suite 804
Los Angeles, CA 90028

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **September 9, 2021**, at Woodland Hills, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

/s/ Kevin M. Badkoubehi
Kevin M. Badkoubehi

3

PROOF OF SERVICE