UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 20-01882 RAO | Date: | September 13, 2021 |
| Title: | James Shayler v. Ehab S. Yacoub, et al. | | |

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Donnamarie Luengo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:**   (In Chambers) **ORDER RE BRIEFING ON PENDING MOTION FOR OSC RE: VACATUR OF JUDGMENT [83]**

On September 9, 2021, Defendants filed a Motion for Order to Show Cause Re: Vacation of Judgment/Order ("Motion"). Dkt. No. 83. Having reviewed the Motion, the Court directs Plaintiff to file a response and sets the following briefing schedule:

- Plaintiff's response shall be filed by **September 23, 2021**.
- Defendants' reply, if any, shall be filed by **September 30, 2021**.
- After completion of briefing on the Motion, the Court will notify the parties regarding scheduling of a hearing.

**IT IS SO ORDERED.**

:
Initials of Preparer   dl