Kevin M. Badkoubehi, Esq. (SBN 172851)
KMB Law Group
5850 Canoga Avenue, Suite 301
Woodland Hills, California 91367
Tel: (310) 598-8448
Fax: (310) 598-8486

Attorney for Defendants Ehab S. Yacoub and Lorina A. Mikhaeil

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SHAYLER,<br><br>　　　　　　Plaintiff,<br><br>　　-vs-<br><br>EHAB S. YACOUB, AN INDIVIDUAL; LORINE A. MIKHAEIL ; AND DOES 1 THROUGH 10, INCLUSIVE<br><br>　　　　　　Defendants. | Case No. 2:20-CV-01882 RAO<br><br>[Assigned for all purposes to the Honorable Rozella A. Oliver<br><br>MOTION FOR CONTINUANCE OF PLAINTIFF'S MOTION FOR ATTORNEY FEES<br><br>[ROA 85] |

Defendants EHAB S. YACOUB and LORINE A. MIKHAEIL respectfully requests that the previously scheduled hearing on Plaintiff's motion for an award of attorney's fees, currently set for a hearing on October 13, 2021 at 10:00 a.m. be continued for a period of sixty (60) days.

On September 13, 2021 [ROA 84] this Court set a briefing schedule on Defendant's motion for an Order to Show Cause re: Vacatur of Judgment. The party's briefings are in place, but no hearing date has yet been set.

Defendants contend it would be premature to hold the hearing on Plaintiff's motion for attorney's fees in light of the fact that in the event Defendants' motion is granted, the award of attorney fees would no longer be proper as Plaintiff would no

1 | longer be the prevailing party.

2 |     Accordingly, Defendants respectfully requests this Court grant this motion and continue the October 13, 2021, hearing for a period of sixty (60) days. A proposed order is attached hereto.

Dated: October 6, 2021                                KMB LAW GROUP


                                          By:   /s/ Kevin M. Badkoubehi
                                                                       _____
                                                                       Kevin M. Badkoubehi, Esq.

## PROOF OF SERVICE

I, Kevin M. Badkoubehi:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within entitled action. My business address is 5850 Canoga Avenue, Suite 301 Woodland Hills, CA 91367

On September 30, 2021, I served a copy of the within document(s):

**MOTION TO CONTINUE PLAINTIFF MOTION FOR ATTY FEES**

| | |
|---|---|
| ☐ | **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Los Angeles, California addressed as set forth below. |
| ☒ | **BY E-SERVICE:** by transmitting via **E-Filed by One Legal** the document(s) listed above to the following person(s) as designated on the Transaction Receipt located on the One Legal website. |
| ☒ | **BY ELECTRONIC SERVICE:** by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below. |

**Attorneys for Plaintiff**
Anoosh Hakimi
Peter Shahryar
H&S Law Group, PLC
1800 Vine Street, Suite 804
Los Angeles, CA  90028

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **September 30, 2021**, at Woodland Hills, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

/s/ Kevin M. Badkoubehi
Kevin M. Badkoubehi