## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SHAYLER,<br><br>                Plaintiff,<br><br>    -vs-<br><br>EHAB S. YACOUB, AN INDIVIDUAL;<br>LORINE A. MIKHAEIL ; AND DOES 1<br>THROUGH 10, INCLUSIVE<br><br>                Defendants. | Case No. 2:20-CV-01882 RAO<br><br>[Assigned for all purposes to the Honorable Rozella A. Oliver<br><br>MOTION FOR CONTINUANCE OF PLAINTIFF'S MOTION FOR ATTORNEY FEES |

## [PROPOSED] ORDER

Having received Defendants' motion for a continuance of Plaintiff's motion for an award of attorney fees, the motion is hereby **GRANTED**. The hearing previously scheduled for October 13, 2021, is hereby rescheduled for _____, 2021 at _____ a.m./p.m.

**SO ORDERED**

Date: _____

_____
Rozella A. Oliver
United States District Judge

1
ORDER

# PROOF OF SERVICE

I, Kevin M. Badkoubehi:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within entitled action. My business address is 5850 Canoga Avenue, Suite 301  Woodland Hills, CA  91367

On October 6, 2021, I served a copy of the within document(s):

**PROPOSED ORDERMOTION TO CONTINUE PLAINTIFF MOTION FOR ATTY FEES**

| | |
|---|---|
| ☐ | **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Los Angeles, California addressed as set forth below. |
| ☒ | **BY E-SERVICE:** by transmitting via **E-Filed by One Legal** the document(s) listed above to the following person(s) as designated on the Transaction Receipt located on the One Legal website. |
| ☒ | **BY ELECTRONIC SERVICE:** by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below. |

| | |
|---|---|
| **Attorneys for Plaintiff**<br>Anoosh Hakimi<br>Peter Shahryar<br>H&S Law Group, PLC<br>1800 Vine Street, Suite 804<br>Los Angeles, CA  90028 | |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **October 6, 2021**, at Woodland Hills, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

/s/ Kevin M. Badkoubehi
Kevin M. Badkoubehi