UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 20-01882 RAO | Date: | October 12, 2021 |
| Title: | James Shayler v. Ehab S. Yacoub, et al. | | |

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Donnamarie Luengo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:**  (In Chambers) **ORDER DENYING DEFENDANTS' MOTION TO CONTINUE HEARING [90]**

On September 14, 2021, Plaintiff filed a motion for attorney's fees ("Motion"), setting a hearing date of October 13, 2021. Dkt. No. 85. On September 30, 2021, Defendants filed an opposition to the Motion. Dkt. No. 88.

On October 6, 2021, Defendants filed a motion to continue the October 13, 2021 hearing on the ground that their motion to vacate (Dkt. No. 83) was still pending. Dkt. No. 90. On October 8, 2021, the Court denied Defendants' motion to vacate. Dkt. No. 94. On October 11, 2021, Defendants filed an amended opposition to the Motion. Dkt. No. 95.

Having reviewed the papers filed in support of and opposing the Motion, the Court finds the matter suitable for decision without oral argument. *See* Fed. R. Civ. P. 78; L.R. 7-15. The October 13, 2021 hearing is hereby vacated. An order will issue on the Motion as soon as practicable. Defendants' motion to continue the hearing is **DENIED as moot**.

**IT IS SO ORDERED.**

: 
Initials of Preparer   dl