Kevin M. Badkoubehi, Esq. (SBN 172851)
KMB Law Group
5850 Canoga Avenue, Suite 301
Woodland Hills, CA 91367
Telephone: (310) 598-8448
Facsimile: (310) 598-8486

Attorneys for Defendants Ehab Yacoub and Lorine A. Mikhaeil

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SHAYLER, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>EHAB S. YACOUB, an Individual; LORINE A. MIKHAEIL, an Individual,<br><br>Defendants. | Case Number: 2:20-cv-01882-RAO<br><br>DECLARATION OF KEVIN M. BADKOUBEHI IN REPONSE TO PLAINTIFF REQUEST TO STRIKE DEFENDANT AMENDED OPPOSITION TO MOTION TO STRIKE |

I, Kevin M. Badkoubehi, declare as follows:

1. I am an attorney at law, duly licensed to practice laws before all of the Courts of the State of California and am admitted to practice in the United States District Court within the Central District of California. The information set forth within this declaration is of my own personal knowledge and, if called and sworn as a witness, I would and could competently testify to the facts set forth herein.

2. On September 9, 2021, Defendant filed a Motion to Vacate the Order granting Plaintiff's motion for summary judgment based upon newly discovered evidence. [ROA 83]

---
1
DECLARATION OF KEVIN M. BADKOUBEHI, ESQ.

3. On September 13, 2021, the Court set a briefing schedule re: vacatur of judgment giving Plaintiff until September 23, 2021, to file a response, and Defendant until September 30, 2021, to file its reply [ROA 84]

4. On September 14, 2021, Plaintiff filed its motion for attorney's fees setting the hearing date thirty-days in the future, October 13, 2021, [ROA 85] thereby affording defendant a total of nine (9) days to respond to its motion.

5. On September 22, 2021, Plaintiff filed its opposition to Defendant's motion to vacate [ROA 86]

6. On September 30, 2021 Defendant filed its reply to Plaintiff's opposition to vacate the judgment. [ROA 87]

7. Defendants filed their opposition to Plaintiff's motion for attorney fees on September 30, 2021 [ROA 88], not on October 11, 2021, as urged by Plaintiff. [Motion to Strike, Page 2, lines 10-11]

8. Despite the briefing deadline set by this Court of September 23, 2021, for Plaintiff's reply, Plaintiff filed a request that this Court take judicial notice of a previous case involving the same Plaintiff, submitting additional evidence to supplement its September 23, 2021, filing. [ROA 89]

9. Having filed supplemental evidence on its own behalf, Plaintiff now seeks to block a similar attempt by Defendant to supplement its initial filing of September 30, 2021 [ROA 95-96]

10. As the granting of a motion to vacate judgment would necessarily remove Plaintiff's ability to seek attorney fees, Defendant sought to continue the hearing on the motion for attorney's fees by asking for a continuance on October 6, 2021. [ROA 90-91]

11. On Friday, October 8, 2021, at 7:30 p.m., the Court entered its ruling on Defendant's motion for a continuance. [ROA 97]

12. Despite stating within in its Request to Strike Late-Filed Opposition filed on October 13, 2021, [ROA 98], there was "no time for Plaintiff to file his reply brief" [Motion to Strike, Page 2, line 14], Plaintiff did in fact file a Reply in Support of its Motion for Attorney's fees on October 6, 2021. [ROA 92].

13. Court took Defendant Motion to Continue the hearing date on the basis the documents filed by the parties, Including to what was filed by the Defendant which made Defendant motion to continue "moot".

14. Plaintiff's Request to Strike Late Filed Opposition was filed on October 13, 2021, the same day as the hearing [ROA 98].

I declare under the penalty of perjury under the laws of the State of California and that this declaration was executed this 14TH day of October 2021, at Woodland Hills, California.

/S/ Kevin M. Badkoubehi
Kevin M. Badkoubehi, Esq.

# PROOF OF SERVICE

I, Kevin M. Badkoubehi:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within entitled action. My business address is 5850 Canoga Avenue, Suite 301  Woodland Hills, CA  91367

On October 14, 2021, I served a copy of the within document(s):

**DECLARATION OF KEVIN M. BADKOUBEHI IN REPONSE TO PLAINTIFF REQUEST TO STRIKE DEFENDANT AMENDED OPPOSITION TO MOTION TO STRIKE**

|   |   |
|---|---|
| ☐ | **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Los Angeles, California addressed as set forth below. |
| ☒ | **BY E-SERVICE:** by transmitting via **E-Filed by One Legal** the document(s) listed above to the following person(s) as designated on the Transaction Receipt located on the One Legal website. |
| ☒ | **BY ELECTRONIC SERVICE:** by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below. |

**Attorneys for Plaintiff**
Anoosh Hakimi
Peter Shahryar
H&S Law Group, PLC
1800 Vine Street, Suite 804
Los Angeles, CA  90028

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **October 14, 2021**, at Woodland Hills, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

/s/ Kevin M. Badkoubehi
Kevin M. Badkoubehi