Anoush Hakimi (SBN 228858)
anoush@handslawgroup.com
Peter Shahriari (SBN 237074)
peter@handslawgroup.com
Valerie Bradbury (SBN 249868)
valerie@handslawgroup.com
Laura Steven (SBN 332168)
laura@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
1800 Vine Street
Los Angeles, CA 90028
Telephone: (888) 635-2250
Facsimile: (213) 402-2170

Attorneys for Plaintiff
**JAMES SHAYLER**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SHAYLER, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>EHAB S. YACOUB, an individual; LORINE A. MIKHAEIL, an individual; and DOES 1-10,<br><br>        Defendants. | Case No.: 2:20-cv-01882-RAO<br><br>Hon. Rozella A. Oliver<br><br>**PLAINTIFF'S REQUEST FOR CONSIDERATION OF MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES** |

Plaintiff James Shayler ("Plaintiff") hereby submits this request for consideration of Plaintiff's pending Motion for Attorneys' Fees and Litigation Expenses (ECF No. 85).

In doing so, Plaintiff calls the following facts to the Court's attention:

1. This Court granted Plaintiff's Motion for Summary Judgment and entered a judgment for Plaintiff and against Defendants Ehab S. Yacoub and Lorine A. Mikhael ("Defendants") on August 31, 2021. *See* ECF No. 81.

2. After receiving this Court's favorable ruling, Plaintiff filed a Motion for Attorneys' Fees and Litigation Expenses on September 14, 2021. *See* ECF No. 85.

3. On February 4, 2022, the Court directed the parties to file a joint status report and indicated that "[a]fter receipt of the joint status report, the Court will enter judgment and issue a ruling on the pending motion for attorney's fees." ECF No. 101.

4. On February 11, 2022, the parties submitted a joint status report replete with photographs that show the remediations ordered by the Court had not been completed. *See* ECF No. 102.

5. While Plaintiff is aware of this Court's busy schedule, Plaintiff respectfully requests that, at the Court's convenience, the Motion for Attorneys' Fees and Litigation Expenses be taken under consideration.

In light of the foregoing, Plaintiff respectfully requests that this Court consider the pending Motion for Attorneys' Fees and Litigation Expenses.

Dated:  April 14, 2022         THE LAW OFFICE OF HAKIMI & SHAHRIARI

           By:   /s/ Anoush Hakimi
             ANOUSH HAKIMI, ESQ.
             Attorney for Plaintiff James Shayler