**NOTE CHANGES MADE BY THE COURT**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES SHAYLER, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>EHAB S. YACOUB, an Individual;<br>LORINE A. MIKHAEIL, an Individual;<br>and DOES 1-10,<br><br>        Defendants. | Case No.: 2:20-cv-01882-RAO<br><br>Hon. Rozella A. Oliver<br><br>**JUDGMENT** |

        The Court, having granted Plaintiff James Shayler's Motion for Summary

Judgment (ECF No. 56) by order dated August 31, 2021 (ECF No. 81):

*//*

*//*

1.    IT IS ORDERED that judgment is entered in favor of Plaintiff James Shayler ("Plaintiff") and against Defendants Ehab S. Yacoub, an individual and Lorine A. Mikhaeil, an individual ("Defendants");

2.    IT IS ORDERED and the Court finds that Plaintiff is entitled to relief under the Americans with Disabilities Act of 1990, 42 U.S.C. § 12181, *et seq* ("ADA");

3.    IT IS ORDERED and the Court finds that Plaintiff is entitled to statutory damages in the amount of $20,000 pursuant to the Unruh Civil Rights Act, § 52(a), *et seq* ("Unruh Act"); and

## I.    PERMANENT INJUNCTIVE RELIEF

4.    Defendants shall, within ninety (90) days after the date on which this judgment is entered by the Court, remediate the following items as set forth in the Court's Order Granting Plaintiff's Motion for Summary Judgment (ECF No. 81 at 8):

1. Tow-away sign. Finding 1; FAC at 6-7.

2. Accessible parking stall/access aisle markings. Finding 3; FAC at 7-9.

3. "No Parking" surface sign in access aisle. Finding 4; FAC at 9.

4. ISA surface sign in accessible parking stall. Finding 5; FAC at 10.

6. Length of accessible parking stall and access aisle. Finding 6; FAC at 8.

7. Cross-slope within parking lot. Finding 7; FAC at 17-18.

8. Rear entrance floor mat unsecured. Finding 10; FAC at 20-21.

10. Front entrance threshold. Finding 16; FAC at 21.

11. Front entrance door clearing. Finding 17; FAC at 22.

12. Lack of accessible table in outdoor dining area. Finding 20; FAC at 14-15.

13. Counter height. Findings 22-24; FAC at 14.

14. Bathroom door signage. Findings 25-26; FAC at 15.

15. Accessible lavatory violations. Findings 27-31; FAC at 15-17.

## II.   STATUTORY DAMAGES

7.   Judgment is entered in favor of Plaintiff and against Defendants in the amount of $20,000 for statutory damages under the Unruh Act.

8.   Defendants shall pay $20,000 in statutory damages to Plaintiff within thirty (30) days after the date on which this judgment is entered by the Court.

Dated:  April 29, 2022

_____
Hon. Rozella A. Oliver
United States Magistrate Judge