| Name, Address, and Phone Number of Attorney(s):<br>Anoush Hakimi, Esq.<br>1800 Vine Street<br>Los Angeles, CA 90028<br>(888)635-2250 | *SEE BOTTOM OF PAGE THREE FOR HEARING INFO |
|---|---|

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| JAMES SHAYLER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>EHAB S. YACOUB, an individual; LORINE A. MIKHAEIL, an individual; and DOES 1-10,<br><br>Defendants. | CASE NUMBER<br><br>2:20-cv-01882-RAO<br><br>(~~PROPOSED~~) ORDER TO APPEAR FOR EXAMINATION OF ☒ JUDGMENT DEBTOR or ☐ THIRD PERSON RE:<br><br>☒ ENFORCEMENT OF JUDGMENT<br>☐ ATTACHMENT(Third Person) |
|---|---|

The Court, having considered the Application for Appearance and Examination Re: Enforcement of Judgment/Attachment, hereby **ORDERS** the Application be   ☒ **GRANTED**   ☐ **DENIED.**

**TO**:   _____LORINE A. MIKHAEIL_____
            *(Name of Person Ordered to Appear)*

**YOU ARE ORDERED TO APPEAR** personally before the Honorable __Rozella A. Oliver__, to:

☒ furnish information to aid in enforcement of a money judgment against you.
☐ answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
☐ answer concerning property of the defendant in your possession or control concerning a debt you owe the defendant that is subject to attachment.
☐ furnish information to aid in enforcement of a money judgment against the judgment debtor.
☐ furnish information to aid in enforcement of a right to attach order against the defendant.

| Date of appearance: | August 31, 2022 | Courtroom: Webinar  Time: 10:00 a.m. |
|---|---|---|
| Location of Appearance: | ☐ First Street Courthouse, 350 West 1st Street, Los Angeles, CA<br>☐ Roybal Courthouse, 255 E. Temple Street, Los Angeles, CA<br>☐ Santa Ana Courthouse, 411 W. Fourth Street, Santa Ana, CA<br>☐ Riverside Courthouse, 3470 Twelfth Street, Riverside, CA | |

This Order may be served by a Marshal, sheriff, registered process server, **or** the following, specially appointed person: _____
*(Name of Appointed Process Server)*

Date: July 22, 2022 _____

_____
Rozella A. Oliver, U.S. Magistrate Judge

---

### APPEARANCE OF JUDGMENT DEBTOR (ENFORCEMENT OF JUDGMENT)

NOTICE TO JUDGMENT DEBTOR:   If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

---

### APPEARANCE OF A THIRD PERSON
### (ENFORCEMENT OF JUDGMENT - CALIFORNIA C.C.P. SECTION 708.120)

(1)   NOTICE TO PERSON SERVED:   If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

(2)   NOTICE TO JUDGMENT DEBTOR:   The person in whose favor the judgment was entered in this action claims that the person to be examined pursuant to this order has possession or control of property which is yours or owes you a debt.   This property or debt is as follows (*Clearly describe the property or debt. Print or type the description.   Use an additional sheet of paper, if necessary.*):

If you claim that all or any portion of this property or debt is exempt from enforcement of the money judgment, you MUST file your exemption claim *in writing* with the court and have a copy personally served on the judgment creditor not later than three (3) days before the date set for the examination.

You MUST appear at the time and place set for the examination to establish your claim of exemption or your exemption may be waived.

---

### APPEARANCE OF A THIRD PERSON (ATTACHMENT - CALIFORNIA C.C.P. SECTION 491.110)

NOTICE TO PERSON SERVED:   If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court and the court may make an order requiring you to pay the reasonable attorney fees incurred by the plaintiff in this proceeding.

---

**APPEARANCE OF A CORPORATION, PARTNERSHIP, ASSOCIATION, TRUST, OR OTHER ORGANIZATION**

It is your duty to designate one or more of the following to appear and be examined: officers, directors, managing agents, or other persons who are familiar with your property and debts.

---

\* ATTENTION: Hearing portion of Judgment Debtor Examination will be held by Zoom Webinar. Connection link can be found on Judge Oliver's procedures and schedules page on the court's website: http://www.cacd.uscourts.gov/honorable-rozellaoliver
Method of the examination itself is at the discretion of Judgment Creditor. (Clarification: Examination will not take place on the Webinar).