1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Shayler, an individual,<br><br>           Plaintiff,<br><br>  vs.<br><br>Ehab S. Yacoub, an individual;<br>Lorine A. Mikhaeil, an individual;<br>and Does 1-10,<br><br>           Defendants. | Case No.: 2:20-cv-01882-RAO<br><br>*Hon. Rozella A. Oliver*<br><br>[~~PROPOSED~~] **ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed:  February 26, 2020<br>Trial Date:      Not on Calendar |

1

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff James Shayler's action against Defendants Ehab S. Yacoub and Lorine A. Mikhaeil is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated:   November 22, 2022

*[signature]*

Hon. Rozella A. Oliver
United States District Judge